FILED IN OPEN COURT
2·6·2020
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:~~-cr- 4·J·32UCR

                                      18 U.S.C. § 2252(a)(4)(B)

ROBERT LEE MARTIN


## PLEA AGREEMENT

Pursuant to Fed. R. Crim. P. 11(c), the United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, and the defendant, ROBERT LEE MARTIN, and the attorney for the defendant, Susan Yazgi, Esq., mutually agree as follows:

### A.    Particularized Terms

1.    Count Pleading To

The defendant shall enter a plea of guilty to Count One of the Information. Count One charges the defendant with possession of a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4)(B).

2.    Maximum Penalties

Count One carries a maximum sentence of not more than twenty years' imprisonment, a fine of not more than $250,000, or both imprisonment

Defendant's Initials _____          AF Approval _____

and fine, a term of supervised release of at least five years up to life, and a special assessment of $100.  Pursuant to Title 18, United States Code, Section 3583(k), if the defendant is required to register under the Sex Offender Registration and Notification Act and commits any criminal felony offense under Title 18, United States Code, Chapters 109A, 110 or 117, or Sections 1201 or 1591, the Court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment of not less than 5 years and up to life.  Any other violation of the terms and conditions of supervised release is punishable by a term of imprisonment of up to 2 years.  With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense, and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense, or to the community, as set forth below.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

Defendant's Initials _____     2

3.    Elements of the Offense

The defendant acknowledges understanding the nature and elements of the offense with which defendant has been charged and to which defendant is pleading guilty.  The elements of Count One are:

First:    That the defendant knowingly possessed one or more matters that contained visual depictions;

Second:    That such visual depictions were produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

Third:    That the production of such visual depictions involved the use of a minor child engaging in sexually explicit conduct;

Fourth:    That such visual depictions were of a minor child engaged in sexually explicit conduct; and

Fifth:    That the defendant knew that at least one of the performers in such visual depictions was a minor child who had not attained 12 years of age and knew that the visual depiction was of such a minor engaged in sexually explicit conduct.

4.    Indictment Waiver

Defendant will waive the right to be charged by way of indictment before a federal grand jury.

5.    Restitution to Any Minor Victims of Offenses
      Committed by Defendant, Whether Charged or Uncharged

Pursuant to 18 U.S.C. §§ 3663(a)(3), 3663A(a) & (b), 18 U.S.C. § 3664, 18 U.S.C. § 2248, and 18 U.S.C. § 2259, the defendant agrees to make full restitution to all minor victims of his offenses as to the counts charged. Further, the defendant agrees to pay restitution to any of his minor victims, for the entire scope of his criminal conduct, including but not limited to all matters included as relevant conduct.  The defendant acknowledges and agrees that this criminal conduct (or relevant conduct) includes any minor victim of any child pornography offenses, charged or uncharged, under Chapter 110, United States Code, and any minor victim of any violation of federal and/or state law committed by the defendant, including any contact sexual offense.  Further, pursuant to 18 U.S.C. § 3664(d)(5), the defendant agrees not to oppose bifurcation of the sentencing hearing if the victims' losses are not ascertainable prior to sentencing.

6.    Sex Offender Registration and Notification

The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the

Defendant's Initials _____              4

defendant's school.   Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student.  The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status.  The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

      7.   <u>Acceptance of Responsibility - Three Levels</u>

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will not oppose the defendant's request to the Court that the defendant receive a two-level downward adjustment for acceptance of responsibility, pursuant to USSG §3E1.1(a).  The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

Further, at the time of sentencing, if the defendant's offense level prior to operation of subsection (a) is level 16 or greater, and if the defendant complies with the provisions of USSG §3E1.1(b) and all terms of this Plea

Defendant's Initials _____     5

Agreement, including but not limited to, the timely submission of the financial affidavit referenced in Paragraph B.5., the United States agrees to file a motion pursuant to USSG §3E1.1(b) for a downward adjustment of one additional level. The defendant understands that the determination as to whether the defendant has qualified for a downward adjustment of a third level for acceptance of responsibility rests solely with the United States Attorney for the Middle District of Florida, and the defendant agrees that the defendant cannot and will not challenge that determination, whether by appeal, collateral attack, or otherwise.

      8.   <u>Forfeiture of Assets</u>

      The defendant agrees to forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, pursuant to 18 U.S.C. § 2253, whether in the possession or control of the United States, the defendant or defendant's nominees.

      On June 3, 2019, the U.S. Department of Homeland Security, U.S. Customs and Border Protection, completed an administrative forfeiture of the following asset, which it alleges was used during the commission of the offense charged in Count One:

> a Lenovo G70-70 laptop computer, serial number PF05QJ4V, containing a Seagate hard drive, serial number S3OYJ9EFB3FF85, product of China.

Defendant's Initials _____      6

The defendant did not contest the administrative forfeiture of these assets and expressly waives any right he may have to challenge such forfeiture.

The defendant also hereby agrees that the forfeiture described herein is not excessive and, in any event, the defendant waives any constitutional claims that the defendant may have that the forfeiture constitutes an excessive fine.  Forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty this Court may impose upon the defendant in addition to forfeiture.

**B.**    **Standard Terms and Conditions**

1.    Restitution, Special Assessment and Fine

The defendant understands and agrees that the Court, in addition to or in lieu of any other penalty, <u>shall</u> order the defendant to make restitution to any victim of the offense(s), pursuant to 18 U.S.C. § 3663A, for all offenses described in 18 U.S.C. § 3663A(c)(1); and the Court may order the defendant to make restitution to any victim of the offense(s), pursuant to 18 U.S.C. § 3663, including restitution as to all counts charged, whether or not the defendant enters a plea of guilty to such counts, and whether or not such counts are dismissed pursuant to this agreement.  The defendant further understands that

compliance with any restitution payment plan imposed by the Court in no way precludes the United States from simultaneously pursuing other statutory remedies for collecting restitution (18 U.S.C. § 3003(b)(2)), including, but not limited to, garnishment and execution, pursuant to the Mandatory Victims Restitution Act, in order to ensure that the defendant's restitution obligation is satisfied.

On each count to which a plea of guilty is entered, the Court shall impose a special assessment pursuant to 18 U.S.C. § 3013.  The special assessment is due on the date of sentencing.  The defendant understands that this agreement imposes no limitation as to fine.

2.    Supervised Release

The defendant understands that the offense(s) to which the defendant is pleading provide(s) for imposition of a term of supervised release upon release from imprisonment, and that, if the defendant should violate the conditions of release, the defendant would be subject to a further term of imprisonment.

3.    Immigration Consequences of Pleading Guilty

The defendant has been advised and understands that, upon conviction, a defendant who is not a United States citizen may be removed from

Defendant's Initials _____        8

the United States, denied citizenship, and denied admission to the United States in the future.

4.  Sentencing Information

The United States reserves its right and obligation to report to the Court and the United States Probation Office all information concerning the background, character, and conduct of the defendant, to provide relevant factual information, including the totality of the defendant's criminal activities, if any, not limited to the count(s) to which defendant pleads, to respond to comments made by the defendant or defendant's counsel, and to correct any misstatements or inaccuracies. The United States further reserves its right to make any recommendations it deems appropriate regarding the disposition of this case, subject to any limitations set forth herein, if any.

5.  Financial Disclosures

Pursuant to 18 U.S.C. § 3664(d)(3) and Fed. R. Crim. P. 32(d)(2)(A)(ii), the defendant agrees to complete and submit to the United States Attorney's Office within 30 days of execution of this agreement an affidavit reflecting the defendant's financial condition. The defendant promises that his financial statement and disclosures will be complete, accurate and truthful and will include all assets in which he has any interest or over which the defendant exercises control, directly or indirectly, including those held by a

Defendant's Initials _____    9

spouse, dependent, nominee or other third party. The defendant further agrees to execute any documents requested by the United States needed to obtain from any third parties any records of assets owned by the defendant, directly or through a nominee, and, by the execution of this Plea Agreement, consents to the release of the defendant's tax returns for the previous five years. The defendant similarly agrees and authorizes the United States Attorney's Office to provide to, and obtain from, the United States Probation Office, the financial affidavit, any of the defendant's federal, state, and local tax returns, bank records and any other financial information concerning the defendant, for the purpose of making any recommendations to the Court and for collecting any assessments, fines, restitution, or forfeiture ordered by the Court. The defendant expressly authorizes the United States Attorney's Office to obtain current credit reports in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

6.     Sentencing Recommendations

It is understood by the parties that the Court is neither a party to nor bound by this agreement. The Court may accept or reject the agreement, or defer a decision until it has had an opportunity to consider the presentence report prepared by the United States Probation Office. The defendant understands and acknowledges that, although the parties are permitted to make

recommendations and present arguments to the Court, the sentence will be determined solely by the Court, with the assistance of the United States Probation Office.  Defendant further understands and acknowledges that any discussions between defendant or defendant's attorney and the attorney or other agents for the government regarding any recommendations by the government are not binding on the Court and that, should any recommendations be rejected, defendant will not be permitted to withdraw defendant's plea pursuant to this plea agreement.  The government expressly reserves the right to support and defend any decision that the Court may make with regard to the defendant's sentence, whether or not such decision is consistent with the government's recommendations contained herein.

      7.    <u>Defendant's Waiver of Right to Appeal the Sentence</u>

        The defendant agrees that this Court has jurisdiction and authority to impose any sentence up to the statutory maximum and expressly waives the right to appeal defendant's sentence on any ground, including the ground that the Court erred in determining the applicable guidelines range pursuant to the United States Sentencing Guidelines, except (a) the ground that the sentence exceeds the defendant's applicable guidelines range <u>as determined by the Court</u> pursuant to the United States Sentencing Guidelines; (b) the ground that the sentence exceeds the statutory maximum penalty; or (c) the ground that the

Defendant's Initials _____          11

sentence violates the Eighth Amendment to the Constitution; provided, however, that if the government exercises its right to appeal the sentence imposed, as authorized by 18 U.S.C. § 3742(b), then the defendant is released from his waiver and may appeal the sentence as authorized by 18 U.S.C. § 3742(a).

8. <u>Middle District of Florida Agreement</u>

It is further understood that this agreement is limited to the Office of the United States Attorney for the Middle District of Florida and cannot bind other federal, state, or local prosecuting authorities, although this office will bring defendant's cooperation, if any, to the attention of other prosecuting officers or others, if requested.

9. <u>Filing of Agreement</u>

This agreement shall be presented to the Court, in open court or <u>in camera</u>, in whole or in part, upon a showing of good cause, and filed in this cause, at the time of defendant's entry of a plea of guilty pursuant hereto.

10. <u>Voluntariness</u>

The defendant acknowledges that defendant is entering into this agreement and is pleading guilty freely and voluntarily without reliance upon any discussions between the attorney for the government and the defendant and defendant's attorney and without promise of benefit of any kind (other than the

concessions contained herein), and without threats, force, intimidation, or coercion of any kind. The defendant further acknowledges defendant's understanding of the nature of the offense or offenses to which defendant is pleading guilty and the elements thereof, including the penalties provided by law, and defendant's complete satisfaction with the representation and advice received from defendant's undersigned counsel (if any). The defendant also understands that defendant has the right to plead not guilty or to persist in that plea if it has already been made, and that defendant has the right to be tried by a jury with the assistance of counsel, the right to confront and cross-examine the witnesses against defendant, the right against compulsory self-incrimination, and the right to compulsory process for the attendance of witnesses to testify in defendant's defense; but, by pleading guilty, defendant waives or gives up those rights and there will be no trial. The defendant further understands that if defendant pleads guilty, the Court may ask defendant questions about the offense or offenses to which defendant pleaded, and if defendant answers those questions under oath, on the record, and in the presence of counsel (if any), defendant's answers may later be used against defendant in a prosecution for perjury or false statement. The defendant also understands that defendant will be adjudicated guilty of the offenses to which defendant has pleaded and, if any of such offenses are felonies, may thereby be

Defendant's Initials _____      13

deprived of certain rights, such as the right to vote, to hold public office, to serve on a jury, or to have possession of firearms.

11.    <u>Factual Basis</u>

Defendant is pleading guilty because defendant is in fact guilty. The defendant certifies that defendant does hereby admit that the facts set forth in the attached "Factual Basis," which is incorporated herein by reference, are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt.

12.    <u>Entire Agreement</u>

This plea agreement constitutes the entire agreement between the government and the defendant with respect to the aforementioned guilty plea and no other promises, agreements, or representations exist or have been made to the defendant or defendant's attorney with regard to such guilty plea.

13.    <u>Certification</u>

The defendant and defendant's counsel certify that this plea agreement has been read in its entirety by (or has been read to) the defendant and that defendant fully understands its terms.

DATED this ___9th___ day of ___JAN___, ~~2019~~. 2020 RM

MARIA CHAPA LOPEZ
United States Attorney

_____
ROBERT LEE MARTIN
Defendant

_____
KELLY S. KARASE
Assistant United States Attorney

_____
SUSAN GOOD YAZGI, ESQ.
Attorney for Defendant

_____
FRANK TALBOT
Chief, Jacksonville Division

Defendant's Initials _____    15

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 3:~~19~~-20-cr- 4. J. 32MCR

                                                     18 U.S.C. § 2252(a)(4)(B)

ROBERT LEE MARTIN

## PERSONALIZATION OF ELEMENTS

*Count One:*

1.  On or about November 15, 2018, in Clay County, in the Middle District
    of Florida, did you knowingly possess a matter that contained visual
    depictions?

2.  Do you admit that such visual depictions were produced using materials
    that had been shipped and transported in interstate and foreign
    commerce, that is, a Lenovo laptop computer, serial number PF05QJ4V,
    containing a Seagate hard drive, serial number S3OYJ9EFB3FF85, both
    of which were manufactured in China?

3.  Do you admit that the production of such visual depictions involved the
    use of at least one minor child who had not attained 12 years of age
    engaging in sexually explicit conduct?

Defendant's Initials _____        16

4. Do you admit that these visual depictions were of at least of one minor who had not attained 12 years of age engaging in sexually explicit conduct?

5. Do you admit that you knew that at least one of the performers in each of the visual depictions was a minor who had not attained 12 years of age and that you knew that the visual depictions were of such minors engaged in sexually explicit conduct?

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ROBERT LEE MARTIN

CASE NO. 3:~~19~~-cr- 4. J. 32Mcc
20
18 U.S.C. § 2252(a)(4)(B)

### **FACTUAL BASIS**

During August 2018, Homeland Security Investigations (HSI) Jacksonville learned that Clay County Sheriff's Office (CCSO) received a cyber tip  from the National Center for Missing  and Exploited Children. The cyber tip indicated, among other things, that on June 8, 2018, an image depicting child sexual abuse material was uploaded to BingImage from internet protocol (IP) address 99.65.53.187. Through open source internet research, HSI determined that AT&T U-verse is the owner of IP address 73.224.129.171. HSI later determined, through a subpoena issued to AT&T U-verse by Clay County Sheriff's Office, that Robert Martin at 1717 Debbie Lane, Orange Park, FL, 32073 is the subscriber of the service.

HSI S/A Nathan Smith viewed the file uploaded from Robert Martin's IP address on June 8, 2018, which is described as follows: This file is a color image that depicts a minor prepubescent female child sitting down on her butt

Defendant's Initials _____    18

on what appears to be a desk. Her knees are pulled towards her chest and her legs are spread open, displaying the child's genitalia near the center of the photograph. She is naked from the waist down and her shirt is pulled up. Her vagina is fully exposed to the camera. The child is facing the camera and appears to be looking straight ahead. HSI reviewed a report indicating that the child depicted has been identified by law enforcement.

HSI obtained a federal search warrant for Robert Martin's residence at 1717 Debbie Lane, which was executed on November 15, 2018. Upon entering the residence, Robert Martin spontaneously told an HSI special agent, "It was me, my son has nothing to do with this." After clearing the residence, HSI S/A Smith and CCSO Det. Ryan Ellis invited Robert Martin to speak with them inside S/A Smith's vehicle. Martin agreed and their conversation was audio-recorded. Among other things, Martin said he knew what the agents were looking for but it was not in the house. He explained that he has a problem and he's been "fighting it forever." Martin explained that he has a computer he keeps at his friend's house that he uses to "look at the stuff," in reference to child pornography. Martin said he found child pornography when researching nudist pictures online. Martin said he was not proud of himself and was very ashamed. Martin said he was glad it was over and said he would allow agents to drive him to his friend's house to collect the laptop computer.

Defendant's Initials _____    19

S/A Smith and Det. Ellis proceeded with Martin to another residence in Clay County, as directed by Martin. Martin entered the residence, retrieved a Lenovo, model G70-70 laptop computer, with serial number PF05QJ4V, containing a Seagate hard drive, with serial number S3OYJ9EFB3FF85, both of which were manufactured in China, and provided it to S/A Smith.

HSI conducted a forensic review of Martin's Lenovo laptop computer which revealed approximately 700 still images of child pornography and approximately 8 video files of child pornography. One such image was a color image that depicts a minor prepubescent female child lying on her back with her anus and vagina exposed to the camera. She has a purple blindfold covering her eyes along with purple restraints on her wrists and ankles. She has a purple collar around her neck. Her knees are pulled toward her chest and to the side exposing her vagina and anus to the camera. She has what appears to be a sex toy inserted into her anus. Another image depicts a minor prepubescent female child lying on her back with her legs spread apart and her vagina exposed to the camera. Her hands are raised above her head and she has yellow rope tied around her hands and around her thighs. She has no clothing on except for black leg pantyhose.

Defendant's Initials _____    20

On November 15, 2018, as well as on other dates, in the Middle District of Florida, Robert Lee Martin knowingly possessed images of child pornography that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, that is a Lenovo laptop computer, containing a Seagate hard drive. The production of the images depicting child pornography possessed by Martin involved the use of at least one minor child who had not attained 12 years of age engaged in sexually explicit conduct and depicted these minor children engaged in sexually explicit conduct. Martin knew that at least one of the performers in at least one of the visual depictions that he possessed was a minor child who had not attained 12 years of age and that the visual depictions were of such minors engaged in sexually explicit conduct. Martin acknowledges there exists a sufficient nexus for purposes of forfeiture between the items specified herein and the criminal conduct set forth above.

Defendant's Initials _____    21